**ORDERED.**

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-01583

Dated: March 02, 2010

_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Joan C. Matthey<br>      Debtor.<br>_____<br>Wells Fargo Bank, N.A.<br>      Movant,<br>  vs.<br>Joan C. Matthey, Debtor, Dianne C. Kerns, Trustee.<br>      Respondents. | No. 4:09-BK-19856-EWH<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #23) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is further described as:

> Unit 21, Porch and Patio No. 21, Parking Space No. 21, of HAVEN GREEN VALLEY EAST, according to the Declaration of Horizontal Property Regime Recorded in Docket 4901 at page 287, and plat of record in the office of the County Recorder, Pima County, Arizona In Book 26 of Maps at page 93.
>
> TOGETHER WITH an undivided interest in the Common Elements as set forth in said Declaration and Plat.
>
> EXCEPT all gold, silver and cinnabar as reserved in the Canoa Land Grant.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.